

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2019

No. 04-18-00714-CV

**ESTATE OF JOANNE COOKSEY FRIEND, DECEASED,**

From the County Court, Uvalde County, Texas
Trial Court No. 6904-16
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Appellee's brief was originally due April 1, 2019; however, the court has granted extensions of time until May 15 to file the brief. Appellee has filed a motion for a further fifteen-day extension of time.

We **grant the motion** and **order** appellee's brief due **May 30, 2019**. The court does not ordinarily grant extensions of more than sixty days beyond the original due date. Counsel is therefore advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2019.

KEITH E. HOTTLE,
Clerk of Court